ACCEPTED
14-15-00750-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 4:59:19 PM
CHRISTOPHER PRINE
CLERK

# BakerHostetler

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 4:59:19 PM
CHRISTOPHER A. PRINE
Clerk

Baker & Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

Douglas D. D'Arche
direct dial: 713.646.1379
DDArche@Bakerlaw.com

September 23, 2015

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin Street, Room 245
Houston, Texas 77002-2066

Re: **Notice of Address Change**
Court of Appeals Number: 14-15-00750-CV
Trial Court Case Number: 2011-52441; Miguel Herrera et al. v. EOG
Resources, Inc.

Dear Mr. Prine:

Please be advised that the address for Douglas D. D'Arche of Baker &
Hostetler LLP, counsel for EOG Resources, Inc. in the above referenced
matter, should be updated to the following mailing address:

811 Main, Suite 1100
Houston, Texas 77002-6111

The e-mail address, telephone number, and facsimile number remain
unchanged. Please update the Court's records as necessary.

Sincerely,

Douglas D. D'Arche

DDD/mvh

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC
607435918.1

cc: **VIA REGISTERED E-MAIL**
Kurt B. Arnold
Caj D. Boatright
J. Kyle Findley
Arnold & Itkin LLP
6009 Memorial Drive
Houston, Texas 77007
karnold@arnolditkin.com
cboatright@arnolditkin.com
e-service@arnolditkin.com

**VIA REGISTERED E-MAIL**
Tim Hurley
José R. Cot
Hurley & Cot APLC
One Canal Place
365 Canal Street, Suite 2750
New Orleans, Louisiana 70130
t.hurley@hurleycot.com
j.cot@hurleycot.com

**VIA REGISTERED E-MAIL**
John Kim
The Kim Law Firm
4309 Yoakum Blvd., Suite 2000
Houston, Texas 77006
jhk@thekimlawfirm.com